**Motion Granted; Abatement Order filed August 14, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-17-00708-CV
_____

**FORUM US, INC., Appellant**

**V.**

**JEFFREY MUSSELWHITE, AUDIE ROMERO, ANTELOPE OIL TOOL & MFG. CO., LLC, INTERVALE CAPITAL, LLC, HKM CONSULTING, LLC AND WEARSOX, L.P., Appellee**

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-60075**

## ABATEMENT ORDER

This is an appeal in which both parties have filed notices of appeal. The brief for appellant Forum US was filed May 18, 2018. The opening brief of appellees Jeffrey Musselwhite, Audie Romero, Antelope Oil Tool & Mfg. Co., LLC, Intervale Capital, LLC, HKM Consulting, LLC and WearSox, L.P., was originally due June 13, 2018. On August 9, 2018, appellees filed a third motion to extend time to file

their opening brief, requesting an additional 30 days. Appellees' motion is granted, and we issue the following order.

To facilitate the submission of this double appeal, the appeal is abated for all purposes except the filing of the parties' briefs. Appellees' opening brief is due on or before **September 12, 2018**. The appeal will be reinstated on this court's active docket when full briefing is complete. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM